1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | STRIKE 3 HOLDINGS, | Case No.: 19cv2452-JAH-LL

12

Plaintiff,

13

**ORDER GRANTING EX PARTE APPLICATION FOR PROTECTIVE ORDER**

14 | v.

15 | JOHN DOE, subscriber assigned IP address 70.95.76.252,

**[ECF No. 7]**

16

Defendant.

17

18      Currently before the Court is Defendant John Doe's Ex Parte Application for

19 Protective Order. ECF No. 7. Plaintiff has not filed a response. See Docket. Good cause

20 found, Defendant's Ex Parte Application is **GRANTED**.

21      Accordingly, it is **ORDERED**: Plaintiff shall not disclose Defendant's name,

22 address, telephone number, email, social media username, or any other personally

23 identifying information, other than Defendant's IP address, that Plaintiff may subsequently

24 learn. All documents filed with the Court including Defendant's personally identifying

25 information, apart from his or her IP address, shall be filed under seal, with all such

26 information redacted on the public docket, unless and until the Court orders otherwise and

27 only after Defendant has had an opportunity to challenge the disclosure of any identifying

28 information.

1

1

**IT IS SO ORDERED.**

2

3   Dated:  February 26, 2020

4

5

_____
Honorable Linda Lopez
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28