Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail:  steve@vondranlegal.com

*Attorneys for Defendant identified as IP Subscriber 70.95.76.252*

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>        Plaintiff,<br><br>        vs.<br><br>JOHN DOE subscriber assigned IP address *70.95.76.252*<br><br>        Defendant. | Case No. 3:19-cv-02452-JAH-LL<br><br>Honorable Judge:  Virgina DeMarchi<br><br>**WITHDRAWAL OF DOCUMENT #9**<br><br><u>Hearing</u><br>Date:  April 6, 2020<br>Time: 2:30 PM<br>Courtroom: 13B |

Document #9 inadvertently omitted the signature.  That document is hereby **<u>withdrawn</u>**.

1
WITHDRAWAL OF DOCUMENT

1  Executed this 2nd day of March 2020 in Upland, California (San Bernadino County).

2

3                  /s/ Steven C. Vondran,
                Attorney for Defendant