# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 70.95.76.252,<br><br>Defendant. | Case No. 19cv2452-JAH (LL)<br><br>**ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE** |

On March 19, 2020, Plaintiff, Strike 3 Holdings, LLC, filed an *ex-parte* application to extend time to effectuate service on Defendant, John Doe, with a summons and complaint. There have been no oppositions filed.

IT IS HEREBY ORDERED that Plaintiff's application is **GRANTED**. Plaintiff shall have until July 3, 2020, to effectuate service of a summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: March 25, 2020

_____
Hon. John A. Houston
United States District Judge